DENNIS A. CAMMARANO, ESQ.-- 037442
CAMMARANO LAW GROUP
Attorneys for Plaintiff,
HECNY TRANSPORTATION, INC.
555 East Ocean Boulevard, Suite 501
Long Beach, California  90802
Telephone:  (562) 495-9501
Facsimile: (562) 495-3674
Email: dcammarano@camlegal.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HECNY TRANSPORTATION, INC., ) | ECF CASE |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | CIVIL ACTION NO. 1:21-cv-05967-RA |
| WEST BASIN CONTAINER ) | |
| TERMINAL LLC and YANGMING ) | |
| MARINE TRANSPORT ) | **ORDER ON SETTLEMENT** |
| CORPORATION; and DOES 1 through ) | |
| 10, inclusive, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**ORDER**

Upon consideration of Plaintiff's Notice of Settlement and Motion to Vacate All Deadlines, and good order having been shown:

1) The Motion To Vacate All Deadlines is **GRANTED**;

2) The parties shall have 60 days from the date of this Order to dismiss the

case;

3) The Court retains jurisdiction over this case for 60 days from the date of this Order to allow time for consummation of the settlement and dismissal, or a request to reopen the matter; and,

4) Absent the dismissal or a request to reopen the matter within 60 days, the case will be deemed dismissed, with prejudice.

**IT IS SO ORDERED.**

_____
RONNIE ABRAMS
UNITED STATES DISTRICT COURT JUDGE
September 17, 2021